SHERYL K. ITH (SBN 225071)
sith@cookseylaw.com
JENNIFER H. WANG (SBN 242998)
jwang@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
(714) 431-1100;  FAX:  (714) 431-1145

Attorneys for Creditor
SANTANDER CONSUMER USA INC.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>LOUISE PERRI FULCHIERO,<br><br>Debtor. | Case No.: 1:15-bk-12982-MT<br><br>Chapter 13<br><br>STIPULATION RESOLVING SANTANDER CONSUMER USA INC'S OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN<br>(2003 BMW 525)<br><br><u>Confirmation Hearing:</u><br>Date:        February 23, 2016<br>Time:       9:30 am<br>Ctrm:       302 |

Secured Creditor, SANTANDER CONSUMER USA INC. ("SANTANDER"), by and through its attorneys of record, Cooksey, Toolen, Gage, Duffy & Woog, P.C., by Sheryl K. Ith, and Debtor, LOUISE PERRI FULCHIERO, hereby submit the following Stipulation Resolving SANTANDER'S Objection to Confirmation of Proposed Chapter 13 Plan.

WHEREAS, on September 8, 2015, Debtor filed Bankruptcy Case No. 1:15-bk-12982-MT, which included the debt associated with the purchase of a 2013 BMW 525, VIN: WBADT43423G024887 (the "Vehicle"); and

WHEREAS, on November 9, 2015, SANTANDER filed its Objection to Confirmation of Debtor's Proposed Chapter 13 Plan because Debtor's plan did not provide for treatment of SANTANDER's claim;

1  WHEREAS, the Parties have agreed that Debtor shall pay the debt owed to SANTANDER outside the plan pursuant to the terms of the Retail Installment Contract, that said payments shall be sent to Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75247;

NOW, THEREFORE, in consideration of the above recitals, sufficiency of which is hereby acknowledged,

IT IS HEREBY STIPULATED that Debtor shall pay the debt owed to SANTANDER outside the plan pursuant to the terms of the Retail Installment Contract, and that said payments shall be sent to Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75247.

IT IS HEREBY FURTHER STIPULATED that SANTANDER'S Objection to Confirmation is hereby resolved and is deemed withdrawn upon entry of the Order approving this Stipulation.

**IT IS SO STIPULATED.**

Dated: December 17, 2015       By: _____
                                    LOUISE PERRI FULCHIERO
                                    Debtor

Dated: 12/18/2015              By: _____
                                    SHERYL K. ITH
                                    Attorney for SANTANDER CONSUMER USA LLC

APPROVED AS TO FORM AND CONTENT:

_____
LEE M. LINSON
Attorney for Debtor

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**535 ANTON BLVD., 10TH FLOOR; COSTA MESA, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RESOLVING SANTANDER CONSUMER USA LLC'S OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN (2003 BMW 525)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 18 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Lee M. Linson, Attorney for Debtor:**     linsonlawyer@gmail.com
**Elizabeth (SV) F Rojas, Trustee:**     cacb_ecf_sv@ch13wla.com
**United States Trustee (SV):**     ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 18, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:**
Louise Perri Fulchiero
17165 Horace Street
Granada Hills, CA 91344

**U.S. BANKRUPTCY JUDGE:**
THE Honorable Maureen Tighe
U. S. Bankruptcy Court
21041 Burbank Blvd., Ste. 324
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Dec 18, 2015 | NANCY G. WATERS | *Nancy G. Waters* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     **F 9013-3.1.PROOF.SERVICE**