PROBER & RAPHAEL, ALC
DEAN PROBER, SBN 106207
LEE S. RAPHAEL, SBN 180030
CASSANDRA J. RICHEY, SBN 155721
MELISSA VERMILLION, SBN 241354
BONNI S. MANTOVANI, SBN 106353
ANNA LANDA, SBN 276607
HALIE L. LEONARD, SBN 265111
REGINA Z. PERALTA, ESQUIRE, #249574
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA  91364
P.O. Box 4365
Woodland Hills, CA  91365-4365
818-227-0100/ FAX 818-227-0637
cmartin@pralc.com
Attorneys for Movant
C.242-036.NF

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Louise Perri Fulchiero<br><br>    Debtor.<br>_____<br><br>CarMax Business Services, LLC,<br>its assignees and/or successors in interest,<br><br>    Movant,<br><br>vs.<br><br>Louise Perri Fulchiero;<br>Elizabeth F. Rojas, Trustee,<br><br>    Respondents. | Bk. No. 1:15-bk-12982-MT<br><br>CHAPTER 13<br><br>**NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 (PERSONAL PROPERTY)**<br><br>Continued Hearing:<br>Date : February 3, 2016<br>Time : 11:00 a.m.<br>Place: U.S. Bankruptcy Court<br>   21041 Burbank Blvd, 3rd Floor<br>   Woodland Hills, California 91367<br>   Courtroom: 302 |

TO DEBTOR, DEBTOR'S COUNSEL, THE CHAPTER 13 TRUSTEE AND ALL OTHER

1

INTERESTED PARTIES:

    PLEASE TAKE NOTICE that the Hearing on Motion for Relief from Automatic Stay in the above-entitled bankruptcy proceeding, which had been scheduled for January 6, 2016 at 11:00 a.m. .m. in Courtroom 302, before the Honorable Maureen A. Tighe, has been continued to **February 3, 2016 at 11:00 a.m.** in the above-entitled Court.

DATED: January 7, 2016　　　　　　　　PROBER & RAPHAEL, A LAW CORPORATION

By /s/   Regina Z. Peralta
   Regina Z. Peralta, SBN 249574
Attorneys for Movant

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF CONTINUED HEARING ON * will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 01/07/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Sheryl K Ith** sith@cookseylaw.com
**Karine Karadjian** karine@kelawfirm.com, karine.karadjian@gmail.com
**Asya Landa** cmartin@pralc.com
**Lee M Linson** linsonlawyer@gmail.com, mcmklaw@gmail.com
**Martin W. Phillips** marty.phillips@att.net
**Elizabeth (SV) F Rojas (TR)** cacb_ecf_sv@ch13wla.com
**United States Trustee (SV)** ustpregion16.wh.ecf@usdoj.gov
**Regina Zeltser** cmartin@pralc.com, rzeltserlaw@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 01/19/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 01/19/2016 Ricardo Soria | /s/ Ricardo Soria |
|---|---|
| *Date*        *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY U.S. MAIL**

Honorable Maureen A. Tighe
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367-6606
JUDGE'S COPY

Louise Perri Fulchiero
17165 Horace Street
Granada Hills, CA 91344
Debtor

Lee M. Linson
Law Offices of Lee Linson
11901 Santa Monica Boulevard., Suite 449
Los Angeles, CA  90025
Attorney for Debtor

Elizabeth F Rojas
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
Chapter 13 Trustee

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**