United States Bankruptcy Court
Central District of California

In re:                                                         Case No. 15-12982-MT
Louise Perri Fulchiero                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1         User: egonzalez         Page 1 of 1         Date Rcvd: Feb 29, 2016
                             Form ID: van155         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2016.
```
db          +Louise Perri Fulchiero,   17165 Horace Street,   Granda Hills, CA 91344-4835
smg          Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
cr          +Carmax Business Services, LLC,   c/o Prober & Raphael, A. Law Corp.,   P.O. Box 4365,
             Woodland Hills, CA 91365-4365
3pp         +Frank S Perri,   3311,   Pacific Coast Highway,   Torrance, CA 90505-6601
36663506    +CarMax Auto Superstores CA, LLC,   CarMax Business Services, LLC,
             12800 Tuckahoe Creek Parkway,   Richmond, VA 23238-1124
36561229    +MCPHILLIPS 2006 LIVING TRUST,   4952 WARNER AVE 105,   HUNTINGTON BEACH, CA 92649-4422
36699554    +Randall Keith McPhillips and Carol Lynn McPhillips,   C/O Pacific Loan Management, Inc.,
             30262 Crown Valley Parkway, Suite B448,   Laguna Niguel, California 92677-2364
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          EDI: EDD.COM Mar 01 2016 03:08:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
             P.O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Mar 01 2016 03:08:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
             P.O. Box 2952,   Sacramento, CA  95812-2952
36583762    +EDI: ACBK.COM Mar 01 2016 03:08:00      American Credit Acceptance,   961 E. Main Street,
             Spartanburg, SC 29302-2185
36622828    +EDI: DRIV.COM Mar 01 2016 03:08:00      SANTANDER CONSUMER USA,   PO BOX 560284,
             DALLAS, TX 75356-0284
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Courtesy NEF
cr           Santander Consumer USA Inc.
3pd*        +Louise Perri Fulchiero,   17165 Horace Street,   Granda Hills, CA 91344-4835
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2016 at the address(es) listed below:
```
          Asya  Landa    on behalf of Creditor    Carmax Business Services, LLC cmartin@pralc.com
          Elizabeth (SV) F Rojas (TR)   cacb_ecf_sv@ch13wla.com
          Lee M Linson    on behalf of Debtor Louise Perri Fulchiero linsonlawyer@gmail.com,
           mcmklaw@gmail.com
          Martin W. Phillips    on behalf of Interested Party    Courtesy NEF marty.phillips@att.net
          Regina  Zeltser    on behalf of Creditor    Carmax Business Services, LLC regina@rzlawfirm.com,
           regina@rzlawfirm.com
          Sheryl K Ith    on behalf of Creditor    Santander Consumer USA Inc. sith@cookseylaw.com
          United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

FORM CACB (od13vdr VAN–155) Rev.(03/09)

**United States Bankruptcy Court**
**Central District of California**

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
# OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(1) and 1307(b)]

**DEBTOR INFORMATION:**
Louise Perri Fulchiero

**BANKRUPTCY NO.** 1:15–bk–12982–MT

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):   xxx–xx–1250
**Employer Tax–Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 2/29/16

**Address:**
17165 Horace Street
Granda Hills, CA 91344

Based on debtor's request and because debtor has willfully failed to abide by orders of the court or has willfully failed to appear before the court in proper prosecution of the case, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;
(2)  the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362; and
(3)  debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

Dated: February 29, 2016

BY THE COURT,

**Maureen Tighe**
United States Bankruptcy Judge

(Form od13vdr VAN–155) Rev. 03/09                                                **36 / EG3**